DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY D. MURPHY,**
Appellant,

v.

**MARK M. MURPHY,** Individually and as Successor Trustee; **CLAUDIA SEMPLENSKI,** Individually and as Successor Trustee; **STEPHEN E. CABOOR,** Individually; **CATALANO, CABOOR & CO.,** a business association of unknown form; **HARLESS & ASSOCIATES,** a business association of unknown form; **THE ROBERT H. MURPHY TRUST; THE ESTATE OF ROBERT H. MURPHY; THE ESTATE OF SHIRLEY S. MURPHY; THE ROBERT H. MURPHY AND SHIRLEY S. MURPHY REVOCABLE TRUST; THE ROBERT & SHIRLEY MURPHY SURVIVORSHIP TRUST dtd 11/1/05; GERALD MORLITZ; MITCHELL K. SMITH; GAINES & SMITH FINANCIAL GROUP,** a business association of form unknown; **PHILIP MURPHY; SHANE MURPHY; DAVID MURPHY; FRED C. COHEN,** Esq.; **ALFRED G. MORICI,** Esq.; **TIMOTHY P. O'NEILL,** Esq.; and **COHEN, NORRIS, WOLMER, RAY, TELEPMANN & COHEN,**
Appellees.

No. 4D2024-1653

[December 4, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton and Janis Keyser, Judges; L.T. Case No. 50-2013-CP-005920-XXXX-MB.

Timothy D. Murphy of The Law Office of Timothy D. Murphy, Riverside, California, for appellant.

S. Brian Bull of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellee Harless & Associates.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\*      \*      \*

*Not final until disposition of timely-filed motion for rehearing.*